1  Jennifer Faith Sherrill
   Federman & Sherwood
2  10205 N. Pennsylvania
   Oklahoma City, OK 73120
3  Telephone: (405) 235-1560
   Facsimile: (405) 239-2112
4  Email: jfs@federmanlaw.com

5  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-2355 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Victor Smith, Individually and as Representative of the Estate of Ruth Smith, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Pfizer Inc,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendant in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

//
//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

fees and costs.

DATED: 11/12, 2010    By: [signature]

**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Attorneys for Plaintiff*

DATED: Dec. 16, 2010    By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **DEC 2 2 2010**

[signature]
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE